HARRIET R. McKIM, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY et al., Appellants.

*McKim* v. *N. Y. El. R. R. Co.,* 31 App. Div. 631, affirmed.
(Argued November 22, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Arthur O. Townsend* and *Charles A. Gardiner* for appellants.

*J. Archibald Murray* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting : O'BRIEN, J.

---

DANIEL H. THAYER, Respondent, *v.* HORATIO BROWN, Appellant.

*Thayer* v. *Brown,* 37 App. Div. 625, affirmed.
(Argued November 22, 1900; decided December 7, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, and an order denying a motion for a new trial.

*M. N. Tompkins* for appellant.

*Simeon Smith* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.